Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Jennifer Koidahl

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KOIDAHL, | Case No.: 4:25-cv-01485-HSG |
| Plaintiff, | |
| vs. | **ORDER** |
| EQUIFAX INFORMATION SERVICES, LLC et. al. | |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, Upstart Network, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:   8/14/2025

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE